UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

METROPOLITAN LIFE INSURANCE
COMPANY,

    Plaintiff,

                Case No. 12-cv-13625
vs.                HON. GERSHWIN A. DRAIN

NEDRA HARDEMAN STEPHEN, *et al.*,

    Defendants.
_____/

ORDER OF DISMISSAL WITHOUT PREJUDICE

On January 17, 2013, the parties appeared for a status conference and a settlement was reached and placed on the record concerning the life insurance benefits payable under the General Motors Life and Disability Benefits Program by reason of the death of Edwin H. Hardeman. Accordingly, Plaintiff SHALL disburse the death benefit proceeds, together with interest to the date of distribution, equally among Defendants Nedra Hardeman Stephen, Patrice M. Hardeman, Garland Hardeman and Edwin Hardeman, Jr. Further, upon the disbursement of said life insurance benefits, Plaintiff shall be fully relieved of and discharged from any liability with respect to recovery of the life insurance benefits.

This case is hereby DISMISSED WITHOUT PREJUDICE. This case may be reopened, if necessary, by motion of either party without the payment of additional fees or costs. Alternatively, Plaintiff may move for an order of dismissal with prejudice upon consummation of the settlement. A motion for dismissal with prejudice must include documentation demonstrating that the life insurance benefits were distributed in accordance with the settlement placed on the record on January 17, 2013.

Counsel for MetLife shall send a copy of this Order to all of the named Defendants.

SO ORDERED.

/s/Gershwin A Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

Dated: January 17, 2013

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys/parties of record on January 17, 2013 by electronic and/or ordinary mail.

/s/ Tanya Bankston
Deputy Clerk